**ROSEY PORTIER, by her next friend, REUBEN PORTIER, v. ADRIANA ARANAH, a widow.**

22 So. (2nd) 578                                    June Term, 1945
June 15, 1945                                         En Banc
Reearing denied July 11, 1945

*C. D. Blackwell, J. H. Lesser* and *A. R. Johnson,* for appellants.

*Harry Goodmark,* for appellee.

PER CURIAM:

The record and the briefs in this cause have been examined and the judgment of the chancellor is affirmed on authority of Johns, et ux, v. Gillian, 134 Fla. 575, 184 So. 140.

Affirmed.

TERRELL, THOMAS, ADAMS and SEBRING, JJ., concur.

CHAPMAN, C. J., BROWN and BUFORD, JJ., dissent.